FILED
June 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:06-cr-441 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Ricardo Vinegas, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Ricardo Vinegas  Case 2:06-cr-441 GEB  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

X   Unsecured bond in the amount of $100,000, co[signed by defendant's grandparents,* and to be replaced by a secured bond by 6/18/08.

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

X   (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/4/08    at  2:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge

*all signatures on unsecured bond to be obtained by 4 p.m. on 6/6/08.