```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
RICARDO VENEGAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-06-0441 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO EXTEND |
| v. ) | TIME TO POST PROPERTY BOND |
| ) | |
| Ricardo Venegas, ) | |
| ) | Judge:  Hon. Kimberly |
| Defendant. ) | J. Mueller |
| _____) | |
| ) | |

   On June 4, 2008, this Court ordered Mr. Ricardo released on an $100,000.00 property bond, said property bond to be posted no later than the close of business on June 18, 2008.

   Most of the required paperwork has been received, however not all the paperwork has arrived and additional time is required for the parties to gather the remaining paperwork and assimilate the necessary bond information. Accordingly, the parties agree that the matter should be dropped from the 2:00pm calendar on June 18, 2008 and that the deadline for posting the property bond may be extended two additional weeks, to July 2, 2008.  This office has contacted Jill Thomas of the U.S. Attorney's Office,

1  and the Pretrial Service Office and they have no objection to
2  this request.
3  Dated: June 17, 2008                Respectfully submitted,
4
5                                       John R. Manning
                                        Attorney at Law
6
7
   McGREGOR W. SCOTT
8  United States Attorney

9  /s/ Jill Thomas                    /s/ John R. Manning
   JILL THOMAS                        JOHN R. MANNING
10 Assistant U.S. Attorney            Attorney at Law
   Attorney for the United States     Attorney for Defendant
11                                    RICARDO VENEGAS
12
13
                            **O R D E R**
14
15 **IT IS SO ORDERED.**
16 Date: June 17, 2008.
17                                     _____
                                       U.S. MAGISTRATE JUDGE
18

2