John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>　Ricardo Venegas,<br><br>　　　　Defendant.<br>_____ | CR NO. S-06-0441 GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date:  6/20/08<br>Time:  9:00 a.m.<br>Judge: Hon.Garland E.<br>       Burrell, Jr. |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning Esq., that the status conference presently set for June 20, 2008 be **continued to June 27, 2008, at 9:00 a.m.**, thus **vacating** the presently set status conference.

　　　Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 27, 2008.

1

1 | IT IS SO STIPULATED.

2 | Dated: June 16, 2008                    /s/ John R. Manning
3 |                                         JOHN R. MANNING
  |                                         Attorney for Defendant
4 |                                         Ricardo Venegas

5 | Dated: June 16, 2008                    McGREGOR W. SCOTT
6 |                                         United States Attorney

7 |                                    by:  /s/Jill Thomas
  |                                         Jill Thomas
8 |                                         Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>Ricardo Venegas,<br><br>        Defendant. | Case No.  CR.S-06-0441-GEB<br><br>[PROPOSED] ORDER TO<br>CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the June 20, 2008 status conference be continued to June 27, 2008 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to June 27, 2008.

IT IS SO ORDERED.

Dated:  June 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3