```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1812 J Street, Suite 22
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  RICARDO VENEGAS

 6

 7                 IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )    CR NO. S-06-0441 GEB
                                 )
11         Plaintiff,            )    STIPULATION AND ORDER
                                 )    TO EXTEND TIME TO
12     v.                        )    POST PROPERTY BOND
                                 )
13  Ricardo Venegas,             )
                                 )    Judge:  Hon. Edmund F. Brennan
14         Defendant.            )
    _____)
15
```

16       On June 4, 2008, this Court ordered Mr. Ricardo released on
17  an $100,000.00 property bond, said property bond to be posted no
18  later than the close of business on July 2, 2008 (The Bond was
19  originally due on June 18, 2008.  The Court previously extended
20  the due date to July 2, 2008.)

21       Most of the required paperwork has been received.  It
22  appears the only remaining item is for the Deed to be Notarized
23  and Recorded.  In addition, our office has just finished moving
24  and I have been unable to assist the Venegas family as much as I
25  would like during the moving process. Accordingly, the parties
26  agree that the matter should be extended two additional weeks
27  from July 2, 2008 to July 16, 2008.  This office has contacted
28  Jill Thomas of the U.S. Attorney's Office, and the Pretrial

                                 1

Services Officer Becky Fiddleman and they have no objection to this request.

Dated: July 3, 2008                    Respectfully submitted,


                                       John R. Manning
                                       Attorney at Law


McGREGOR W. SCOTT
United States Attorney

/s/ Jill Thomas                        /s/ John R. Manning
JILL THOMAS                            JOHN R. MANNING
Assistant U.S. Attorney                Attorney at Law
Attorney for the United States         Attorney for Defendant
                                       RICARDO VENEGAS


**O R D E R**

**IT IS SO ORDERED.**

Dated: July 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE