JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0441 GEB |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) ) | |
| EFRAIN MEDINA, et al, | ) ) | |
| Defendants. | ) ) ) ) | Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., counsel for defendant Wendell Stewart, Candace A. Fry, Esq., counsel for defendant Valerie White, William E. Bonham, Esq., counsel for defendant Aaron Potts, Timothy E. Warriner, Esq., and counsel for defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set for September 11, 2009 be **continued to October 16, 2009, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, October 16, 2009.

IT IS SO STIPULATED.

1

Dated: September 8, 2009                    /s/  John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Ricardo Venegas

Dated: September 8, 2009                    /s/  Candace A. Fry
                                            CANDACE A. FRY
                                            Attorney for Defendant
                                            Wendell Stewart

Dated: September 8, 2009                    /s/  William E. Bonham
                                            WILLIAM E. BONHAM
                                            Attorney for Defendant
                                            Valerie White

Dated: September 8, 2009                    /s/  Edward C. Bell
                                            EDWARD C. BELL
                                            Attorney for Defendant
                                            Isauro Jauregui Catalan

Dated: September 8, 2009                    /s/  Timothy E. Warriner
                                            TIMOTHY E. WARRINER
                                            Attorney for Defendant
                                            Aaron Potts

Dated: September 8, 2009                    Lawrence Brown
                                            Acting United States Attorney

                                    by:     /s/ Jill M. Thomas
                                            JILL M. THOMAS
                                            Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0441 GEB |
| Plaintiff, | ORDER CONTINUING STATUS CONFERNCE |
| v. | |
| EFRAIN MEDINA, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the September 11, 2009 status conference be continued to October 16, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to October 16, 2009.

IT IS SO ORDERED.

Dated: 9/16/09

GARLAND E. BURRELL, JR.
United States District Judge

3