JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0441 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | [PROPOSED ORDER] CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| | ) | Date: February 24, 2012 |
| RICARDO VENEGAS and | ) | Time: 9:00 a.m. |
| VIGILIO PINEDA, | ) | Judge: Honorable Garland E. Burrell, Jr. |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Ricardo Venegas, John R. Manning, Esq., and counsel for defendant Vigilio Pineda, David D. Fischer, Esq., that the status conference presently set for January 13, 2012 be **continued to February 24, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference. Defendants Wendell Stewart and Isauro Jauregui Catalan will remain on calendar.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be under meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation,

1

specifically the continuance is requested to allow more time for defense preparation and possible negotiations for resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 24, 2012.

IT IS SO STIPULATED.

Dated:  January 10, 2012              /s/  John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Ricardo Venegas

Dated: January 10, 2012               /s/  David D. Fischer
                                      DAVID D. FISCHER
                                      Attorney for Defendant
                                      Vigilio Pineda


Dated: January 10, 2012               Benjamin B. Wagner
                                      United States Attorney

                                by:   /s/ Jill M. Thomas
                                      JILL M. THOMAS
                                      Assistant U.S. Attorney

2

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-0441 GEB |
| Plaintiff, | ) [PROPOSED] ORDER TO CONTINUE STATUS CONFERNCE |
| v. | ) |
| RICARDO VENEGAS and VIGILIO PINEDA, | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the January 13, 2012 status conference be continued to February 24, 2012 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to February 24, 2012.

IT IS SO ORDERED.

**Date:  1/10/2012**

GARLAND E. BURRELL, JR.
United States District Judge

3