JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-06-441 GEB |
| ) | |
| Plaintiff, ) | |
| ) | JOINT REQUEST AND [PROPOSED] |
| ) | ORDER FOR A PRE-PLEA REPORT |
| v. ) | CALCULATING MR. VENEGAS' |
| ) | CRIMINAL HISTORY |
| RICARDO VENEGAS, ) | |
| ) | Judge: Hon. Garland E. Burrell |
| ) | |
| Defendant. ) | |

The Parties, Jill Thomas Esq., Assistant United States Attorney, and counsel for defendant Ricardo Venegas, John R. Manning, Esq., jointly request the Court order the United States Probation Department to draft a pre-plea report for the sole purpose of calculating defendant Ricardo Venegas' criminal history. Mr. Venegas' criminal history is sufficiently complicated that a pre-plea report is necessary to assist the parties in resolving the matter.

Respectfully submitted,

Dated: February 9, 2012          /s/ John Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Ricardo Venegas

1

| | |
|---|---|
| Dated: February 9, 2012 | Benjamin B. Wagner<br>United States Attorney |
| | by:    /s/ Jill Thomas<br>        Assistant U.S. Attorney |

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICARDO VENEGAS,<br><br>    Defendant. | CR NO. S-06-441 GEB<br><br>[PROPOSED] ORDER FOR A PRE-PLEA REPORT CALCULATING MR. VENEGAS' CRIMINAL HISTORY<br><br>Judge:  Hon. Garland E. Burrell |

The Parties' joint request that the United States Probation Department draft a pre-plea report for the sole purpose of calculating defendant Ricardo Venegas' criminal history is granted.

IT IS SO ORDERED.

**Date:  2/15/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge