JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-06-441 GEB |
| Plaintiff, | |
| v. | JOINT REQUEST AND [PROPOSED] ORDER FOR A FULL PRE-PLEA REPORT REGARDING MR. VENEGAS. |
| RICARDO VENEGAS, | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

The Parties, Jill Thomas Esq., Assistant United States Attorney, and counsel for defendant Ricardo Venegas, John R. Manning, Esq., jointly request the Court order the United States Probation Department to draft a "full" or "complete" pre-plea presentence report. This Court previously authorized United States Probation to prepare a pre-plea report for the sole purpose of calculating Mr. Venegas' criminal history. The Parties believe that due to the complex nature of the facts and circumstances surrounding this matter (including information raised in the pre-plea criminal history report), a "full" or "complete" pre-plea report will be beneficial, if not instrumental, in resolving this matter.

Respectfully submitted,

///

1

| | | |
|---|---|---|
| Dated: October 23, 2012 | | /s/ John Manning |
| | | JOHN R. MANNING |
| | | Attorney for Defendant |
| | | Ricardo Venegas |

| | | |
|---|---|---|
| Dated: October 23, 2012 | | Benjamin B. Wagner |
| | | United States Attorney |
| | by: | /s/ Jill Thomas |
| | | Assistant U.S. Attorney |

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
RICARDO VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-08-441 GEB |
| ) | |
| Plaintiff, ) | |
| ) | PROBATION IS REQUESTED TO |
| v. ) | PREPARE A "FULL" PRE-PLEA REPORT |
| ) | |
| RICARDO VENEGAS, ) | |
| ) | |
| Defendant. ) | |

    The United States Probation Department is requested to draft a "full" pre-plea report, provided that this request is consistent with other functions of the Department.

**Date:** **10/23/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge